```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

SDS TRANSPORTATION SERVICE, INC.                    PLAINTIFF

    v.                CASE NO. 08-2015

LONNIE R. SMITH D/B/A RAY LYNN TRUCKING

## ORDER

    This action was originally filed in the Circuit Court of Crawford County, Arkansas. On January 23, 2008, Defendant filed in that court a motion to dismiss (Doc. 5). Plaintiff filed a response to that motion (Doc. 6). On February 22, 2008, Defendant removed the case to this Court pursuant to 28 U.S.C. § 1446. Defendant's motion to dismiss was pending at the time of that removal and docketed in this case for disposition. Now before the Court is Defendant's motion, originally filed in state court, which presents arguments based on procedural pleading requirements, venue and jurisdiction. To the extent that those arguments were mooted by Defendant's removal to this Court, the Court need not address the procedural requirements of Arkansas state courts.

    Accordingly, Defendant's motion to dismiss (Doc. 5) is DENIED without prejudice to Defendant's right to file a motion to dismiss in this Court based on applicable standards.

    IT IS SO ORDERED this 24th day of June 2008.

                                              */s/ Robert T. Dawson*
                                              Honorable Robert T. Dawson
                                              United States District Judge